JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAIGE JULIANNA LANDRY,<br><br>　　　　Plaintiff,<br>　　v.<br>MARTIN J. O'MALLEY,[1]<br>Commissioner of Social Security,<br><br>　　　　Defendant. | No. 8:23-cv-01238-AJR<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.

DATED: January 12, 2024　　　　　_____
　　　　　　　　　　　　　　　　　　HON. A. JOEL RICHLIN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Commissioner Martin J. O'Malley has been substituted in as the Defendant in this action.